■ In the Matter of STUART E. GOLDBERG, Petitioner, v HARRY EDELSTEIN, as Judge of the County Court of the County of Rockland, Respondent. — Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent dated April 15, 1983, which, after a hearing, revoked petitioner's license to carry a pistol. ¶ Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. ¶ Petitioner left a fully loaded, .357 Magnum revolver on a hook in his desk well while he was absent from his office. A police officer responding to a report that the office burglar alarm was sounding, found the office door open, and subsequently found the loaded gun, which he then secured, while inspecting the premises for a possible burglar. Respondent's determination that this manner of storing the loaded weapon was inadequate and improper was neither arbitrary, capricious nor an abuse of discretion (see *Matter of Budde v Rubin,* 89 AD2d 1016; *Matter of Pelose v County Ct.,* 53 AD2d 645). We have examined the other contentions raised by petitioner and find them to be without merit. Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.